UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RHONDA BELL,<br><br>               Plaintiff,<br><br>vs.<br><br>GREYHOUND LINES, INC., *et al.*,<br><br>               Defendant. | 2:10-cv-0547-LRH-RJJ<br><br>**ORDER** |

IT IS HEREBY ORDERED that the parties shall file a joint Interim Discovery Status Report on April 29, 2011.

IT IS FURTHER ORDERED that the joint Interim Discovery Status Report shall contain the following:

1. Shall identify the discovery that has been completed;
2. Shall identify the discovery that remains outstanding;
3. Shall identify any pending discovery motions; and,
4. Shall detail all attempts to settle the case.

DATED this __11th__ day of March, 2011.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge