IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*\*

| | |
|---|---|
| RHONDA BELL, | CASE NO. : 2:10-cv-00547-LRH-RJJ |
| Plaintiff, | |
| vs. | |
| GREYHOUND LINES, INC.; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive, | |
| Defendants. | |

## STIPULATION & ORDER FOR DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the Plaintiff, RHONDA BELL, and Defendant, GREYHOUND LINES, INC., by and through their attorneys of record, that this matter be dismissed, with prejudice, the parties to each bear their own costs.

///

///

///

///

///

-1-

There was no trial set in this matter.

DATED this 16th day of September, 2011.

ALVERSON, TAYLOR, MORTENSEN & SANDERS

By: /s/ Leann Sanders
LEANN SANDERS, ESQ.
Nevada Bar No. 000390
JENNIFER KISSEL-MORALES, ESQ.
Nevada Bar No.: 8829
7401 West Charleston Boulevard
Las Vegas, Nevada 89117
Attorneys for Defendant
GREYHOUND LINES, INC.

DATED this 8th day of September, 2011.

POTTER LAW OFFICES

By: /s/ Cal J. Potter
CAL J. POTTER, III, ESQ.
Nevada Bar No.:
1125 Shadow Lane
Las Vegas, NV 89102
Attorneys for Plaintiff
RHONDA BELL

## ORDER

IT IS SO ORDERED.

DATED this 22nd day of September, 2011.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

-2-