1

2

3

4

5

6

7

8

9

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

**\*\*\*\***

10

RHONDA BELL,                                           )   CASE NO. : 2:10-cv-00547-LRH-RJJ
                                                       )
11                   Plaintiff,                        )
                                                       )
12   vs.                                               )
                                                       )
13   GREYHOUND LINES, INC.; DOES I through             )
     X, inclusive; and ROE CORPORATIONS I              )
14   through X, inclusive,                             )
                                                       )
15                   Defendants.                       )
     ─────────────────────────────────────            )

16

17

**STIPULATION & ORDER FOR DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED, by and between the Plaintiff, RHONDA

18

BELL, and Defendant, GREYHOUND LINES, INC., by and through their attorneys of record,

19

that this matter be dismissed, with prejudice, the parties to each bear their own costs.

20

/ / /

21

/ / /

22

/ / /

23

/ / /

24

/ / /

-1-

1         There was no trial set in this matter.

2    DATED this 16 day of September, 2011.     DATED this 8 day of September, 2011.

3    ALVERSON, TAYLOR, MORTENSEN     POTTER LAW OFFICES
      & SANDERS

4

5

6    By _____     By _____
     LEANN SANDERS, ESQ.     CAL J. POTTER, III, ESQ.
     Nevada Bar No. 000390     Nevada Bar No.:

7    JENNIFER KISSEL-MORALES, ESQ.     1125 Shadow Lane
     Nevada Bar No.: 8829     Las Vegas, NV 89102

8    7401 West Charleston Boulevard     Attorneys for Plaintiff
     Las Vegas, Nevada 89117     RHONDA BELL
     Attorneys for Defendant

9    GREYHOUND LINES, INC.

10

11   **ORDER**

12        IT IS SO ORDERED.

13        DATED this 22nd day of September, 2011.

14

15

16   _____
     LARRY R. HICKS
     UNITED STATES DISTRICT JUDGE

17

18

19

20

21

22

23

24